UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| INNOVENU LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SKY BILLIARDS, INC., <br><br> Defendant. | Case No.: 8:18-CV-02168-DOC-DFM <br><br> ORDER TO DISMISS [22] |

This matter came before the Court on a Stipulation of Dismissal With Prejudice filed by Defendant Best Choice Products, Inc. f/k/a Sky Billiards, Inc. and Plaintiff Innovenu, Ltd.  That Stipulation is hereby GRANTED AS REQUESTED, and Plaintiff's claims are dismissed with prejudice and Defendant's counterclaims are dismissed without prejudice.

Dated: __May 22____, 2019

_____
DAVID O. CARTER
U. S. District Court Judge